To: Clerk of the Court

FROM: Depreme Sapp #04060-015

Reason: MASTER Docket Sheets

CASE NO. 98CR00031-001 SLR

DATE: January 15, 2007

TO WHOM IT MAY CONCERN,

    I am humbly requesting if you may please provide me with a copy of the most current MASTER docket sheet. As I am considering litigation on the instant case and I'm in dire need of said documents. Your cooperation is greatly appreciated and I look foward to hearing from you. Thank You.



Sincerely,

Depreme Sapp
04060-015
FCI Foer Dix
P.O. Box 2000
Foer Dix, NJ 08640

JEREME SAPP
04060-015
Federal Corr. Instit.
P.O. Box 2000
Fort Dix, NJ 08640

23 FEB 2007 PM 3 L

TRENTON NJ 085

U.S. District Court District of Delaware
J. Caleb Boggs Federal Building
Room 4209
844 N. King Street, Lock box 18
Wilmington, DE 19801

19801+3519 C012

FIRST-CLASS