OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 26, 2007

TO: Depreme Sapp
04060-015
FCI Fort Dix
Fort Dix, NJ 08640

**RE: Request for Copy of Docket
Crim. No. 98-031 SLR**

Dear Mr. Sapp:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted criminal action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. In the future, prepayment should be sent with your request, check or money order made payable to Clerk, U.S. District Court. Enclosed, please find your one free copy of the docket for Crim. No. 98-031 SLR.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

encl.
cc: The Honorable Sue L. Robinson