RECEIVED
APR 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        PLAINTIFF,

V.

DEPREME SAPP,

        DEFENDANT.

CASE NO.: 98CR00031-001-SLR

MOTION FOR ASSIGNMENT OF COUNSEL

MOTION FOR APPOINTMENT OF COUNSEL
FOR THE PURPOSES OF RESENTENCING

NOW COMES, the defendant, Depreme Sapp, to state that I am the defendant in the above-entitled case, and that I believe I am entitled to be considered for a reduction in my sentence pursuant to 18 U.S.C. §3582(c)(2), because my sentence was based, in part, or in whole, upon the Cocaine Base, "crack cocaine," guidelines, effective prior to November 1, 2007. In support of my motion to proceed herein, I state that because of my poverty, and due to my present incarceration, I am unable to afford counsel to assist me for the purpose of re-sentencing.

WHEREFORE, I respectfully request that the Court appoint counsel to assist me in my pursuit of a sentence reduction based upon the U.S. Sentencing Commission's retroactive application of the Cocaine Base, "crack cocaine," guideline amendment.

Dated: April 2, 2008

DAVID J. STEELE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/26/2011

Depreme Sapp, pro se, defendant.

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

JA 23
5/98

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: UNITED STATES vs. **DEPREME SAPP**

FOR: **DISTRICT OF DELAWARE**

LOCATION NUMBER: **04060-015**

PERSON REPRESENTED (Show your full name): **DEPREME SAPP**

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☒ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: **98CR00031-00**
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
**21:846 - CONSPIRACY TO POSSESS COCAINE AND COCAINE BASE WITH INTENT TO DISTRIBUTE**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: **FEDERAL BUREAU OF PRISON FCI FORT DIX**
IF YES, how much do you earn per month? $ **33.75**
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
RECEIVED $ **1200.00**    SOURCES: **MY MOTHER AND FAMILY**

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE _____ DESCRIPTION _____

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paym't |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ _____

HONORABLE SUE L. ROBINSON
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570

19801=3570

TRENTON N.J. DSF



U.S.M.S. X-RAY