```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,

        PLAINTIFF,        DOCKET NO.: 1:98CR00031-001

V.                                 MOTION FOR REDUCTION OF SENTENCE
                                        PURSUANT TO 18 U.S.C. §3582(c)(2)

DEPREME T. SAPP,

        DEFENDANT



FILED JUL 23 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

RD scanned

NOW COMES, the defendant, Depreme T. Sapp, pro se for the purpose of the instant motion, to beg that this Honorable Court move to grant the relief herein sought, and/or whatever other such relief as it deems just and appropriate.

Defendant submits that, pursuant to 18 U.S.C. §3582(c)(2), and (c)(1)(A), relative to 18 U.S.C. §3553(a), this Honorable Court has the authority to exercise its discretion in the instant motion for relief.

FURTHER, whereas the U.S. Sentencing Commission, at its December 11, 2007, hearing, moved to make retroactive its earlier, November 1, 2007, amendment to its "crack cocaine" sentencing policy within the framework and scope of the Sentencing Guidelines - Amendment 706 - defendant begs that this Honorable Court move to grant the relief sought by applying the revised and appropriate level for the crime in which he has been convicted of.

Defendant, Depreme T. Sapp, having been sentenced by this Honorable Court, January 4, 1999, to a term of imprisonment of 262 months, with 5 years supervised release, following a plea of guilty to violation of 21 U.S.C. §846, Conspiracy to Possess Cocaine Base With Intent to Deliver, now prays that this Honorable Court considers the revised and retroactive sentencing amendments set forth by the U.S. Sentencing Commission, making them applicable to the instant motion for relief insomuch as his current sentence rests upon a guideline scheme which has, subsequently, been reduced by two levels, thereby, resulting in a sentence considerably lower than the one he is currently serving.

Defendant also offers for consideration the U.S. Supreme Court's rulings in **Kimbrough** and **Gall**, both of which, to some degree, may also serve to aid the Court in its consideration and application of the Sentencing Commission's amendment. It is further prayed by the defendant that this Honorable Court will consider all of the above, as well as the fact that, since his incarceration, defendant has been forthright in acceptance of his responsibility, and diligent in all manner indicative of this Court's favorable granting of the relief moved for. And, it should be noted that, for his substantial effort in conducting himself as a model inmate, his "Security Level Designation" has been reduced to that of a "Minimum Security Level" inmate, allowing him to work side-by-side with military personnel on the military installation of Fort Dix, New Jersey.

WHEREFORE, in consideration of the facts set before this Honorable Court in the instant Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2), defendant, Depreme T. Sapp, begs that this Court review the record and consider granting the relief herein prayed for, and/or whatever other such relief as it deems just and appropriate.

Respectfully submitted,

*Depreme T. Sapp*

Depreme T. Sapp, defendant.



TRENTON NJ 085

21 JUL 2008 PM 2 L

To: Office of the Clerk
U.S. District Court for the
District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

DEPREME SAPP
04060-015
FCI Fort Dix
P.O. Box 2000/CAMP
Fort Dix, NJ 08640