```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,

       PLAINTIFF,            DOCKET NO.: 1:98CR00031-001

V.                                MOTION FOR ASSIGNMENT OF COUNSEL

DEPREME T. SAPP,

       DEFENDANT.



AFFIRMATION AND CERTIFICATION IN SUPPORT
OF MOTION FOR ASSIGNMENT OF COUNSEL

NOW COMES, the defendant, Depreme T. Sapp, to respectfully move this Honorable Court to assign counsel to assist defendant in moving for a Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2), for the following:

1. Defendant submits that, by all definition, he is indigent, and unable to retain counsel in the matter;

2. Defendant submits that, subsequent to his incarceration, his financial condition has only worsened;

3. Defendant submits that he is not an attorney, nor is he astute in the law; and,

4.  To preserve any rights the defendant may have in putting forth a proper and effective argument by which this Court can infer that adequate and just relief be granted to the defendant.

WHEREFORE, for the foregoing reasons, defendant, Depreme T. Sapp, prays that this Honorable Court move to grant the relief herein sought, and/or whatever other such relief as it deems just and appropriate.

Pursuant to 28 U.S.C. §1746, defendant, Depreme T. Sapp, hereby certifies and states, under penalty of perjury, that the foregoing is true and correct to the best of his knowledge.

Respectfully submitted,

*Depreme T. Sapp*
Depreme T. Sapp, defendant.

CERTIFICATE OF SERVICE

I, Depreme T. Sapp, defendant, do hereby certify that, on this 20 day of July, 2008, under penalty of perjury, I have deposited into the U.S. Mailbox, located at Federal Correctional Institution Camp, P.O. Box 2000, Fort Dix, New Jersey, 08640, true copies of the instant Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2), and the Motion for Assignment of Counsel, to be delivered to the following:

| | |
|---|---|
| The Honorable Sue L. Robinson<br>U.S. District Court Judge<br>U.S. District Court for the<br>District of Delaware<br>844 N. King Street, Lockbox 18<br>Wilmington, DE 19801-3570 | 1 copy |
| Office of the Clerk<br>U.S. District Court for the<br>District of Delaware<br>844 N. King Street, Lockbox 18<br>Wilmington, DE 19801-3570 | 1 copy |
| Beth Moskow-Schnoll, AUSA<br>U.S. Attorney's Office<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | 1 copy |

_Depreme T. Sapp_                                    _July 20, 2008_
Depreme T. Sapp, defendant.                              Dated
Reg. #04060-015
Federal Correctional Institution
Camp/P.O. Box 2000
Fort Dix, NJ 08640