IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 98-31-SLR |
| | ) | |
| DEPREME SAPP, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of former Assistant Untied States Attorney Beth Moskow-Schnoll as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Keith M. Rosen.

                          COLM F. CONNOLLY
                          United States Attorney

By: /s/ Keith M. Rosen
                          Keith M. Rosen
                          Assistant United States Attorney
                          Nemours Building, #700
                          P.O. Box 2046
                          Wilmington, Delaware 19899-2046
                          keith.rosen@usdoj.gov

Dated: July 28, 2008